IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED
JAN - 3 2014
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| WINDSONG APARTMENTS, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-12-551-W |
| ) | |
| LEXINGTON INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to the Stipulation for Dismissal with Prejudice [Doc. 101] filed on December 30, 2013, the Court ORDERS that all claims asserted in this matter by plaintiff Windsong Apartments, LLC, against defendant Lexington Insurance Company should be and are hereby DISMISSED with prejudice. The Court further ORDERS that each party shall bear its own costs and attorney fees incurred in this action.

ENTERED this 3rd day of January, 2014.

LEE R. WEST
UNITED STATES DISTRICT JUDGE